[S. F. No. 12282. Department Two.—April 10, 1928.]

DANIEL O'CONNELL, Appellant, v. CITY AND COUNTY OF SAN FRANCISCO et al., Respondents.

Daniel O'Connell, *in pro. per.*, for Appellant.

Edward F. Moran and Robert M. Searls for Respondents.

THE COURT.—■ Upon a careful examination of the record herein, we are satisfied that the plaintiff's complaint failed to state a cause of action; that the demurrer thereto was properly sustained, and that the judgment in favor of the defendants thereon was correctly given and made, and that this appeal is without merit.

The judgment is affirmed.